1080

No. 12–7348.   STORK v. UNITED STATES.   C. A. 7th Cir.   Certiorari dismissed under this Court's Rule 46.

JANUARY 3, 2013

No. 12–7293.   ALMLY v. UNITED STATES.   C. A. 11th Cir.   Certiorari dismissed under this Court's Rule 46.

JANUARY 4, 2013

No. 11–1425.   MISSOURI v. MCNEELY.   Sup. Ct. Mo.   [Certiorari granted, 567 U. S. 968.]   Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 11–1447.   KOONTZ v. ST. JOHNS RIVER WATER MANAGEMENT DISTRICT.   Sup. Ct. Fla.   [Certiorari granted, *ante*, p. 936.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 11–1545.   CITY OF ARLINGTON, TEXAS, ET AL. v. FEDERAL COMMUNICATIONS COMMISSION ET AL.; and

No. 11–1547.   CABLE, TELECOMMUNICATIONS, AND TECHNOLOGY COMMITTEE OF THE NEW ORLEANS CITY COUNCIL v. FEDERAL COMMUNICATIONS COMMISSION ET AL.   C. A. 5th Cir. [Certiorari granted, *ante*, p. 936.]   Motion of respondent Cellco Partnership, dba Verizon Wireless, for divided argument denied. Motion of petitioner Cable, Telecommunications, and Technology Committee of the New Orleans City Council for divided argument denied.

No. 12–98.   DELIA, SECRETARY, NORTH CAROLINA DEPARTMENT OF HEALTH AND HUMAN SERVICES v. E. M. A., A MINOR, BY AND THROUGH HER GUARDIAN AD LITEM JOHNSON, ET AL. C. A. 4th Cir.   [Certiorari granted, 567 U. S. 968.]   Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 12–167.   UNITED STATES v. DAVILA.   C. A. 11th Cir.   Certiorari granted.